PAUL M. GLEASON (SBN: 155569)
TOREY JOSEPH FAVAROTE (SBN: 198521)
JING TONG (SBN: 285061)
GLEASON & FAVAROTE, LLP
4014 LONG BEACH BLVD., STE. 300
LONG BEACH, CA 90807
(213) 452-0510 Telephone
(213) 452-0514 Facsimile
pgleason@gleasonfavarote.com
tfavarote@gleasonfavarote.com
jtong@gleasonfavarote.com

Attorneys for Defendant CoreCivic, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GLOVER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC. a Maryland Corporation, FRED FIGUEROA, an individual, and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendants. | Case No. '19CV888 WQHBGS<br><br>State Court Case No. 37-2019-00012457-CU-WT-CTL<br><br>**DECLARATION OF FRED FIGUEROA IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION OF DEFENDANT CORECIVIC, INC.** |

///
///
///
///
///

# DECLARATION OF FRED FIGUEROA

I, Fred Figueroa, hereby declare and state as follows:

1. I am named as a Defendant in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and if called upon to do so, I would and could competently testify to the same.

2. As of the date of this declaration I have not been served with the complaint in the above-captioned matter.

3. I am currently employed by CoreCivic of Tennessee, LLC. In March 2019, I became the Warden at the Eloy Detention Center in the state of Arizona and I continue to hold that same position as of the date of this declaration. Before becoming Warden at the Eloy Detention Center in Arizona, I was Warden at the Otay Mesa Detention Center in San Diego, California. When I became Warden at the Eloy Detention Center in March 2019, I moved from San Diego, California to Arizona. I currently live in Arizona and I do not maintain any home or residence in California.

I testify under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May __7__, 2019, at Eloy, Arizona.

_____
Fred Figueroa

1.
DECLARATION OF FRED FIGUEROA IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION OF DEFENDANT CORECIVIC, INC.

## PROOF OF SERVICE

I, Thomas Steinhart, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Gleason & Favarote, LLP, 4014 Long Beach Boulevard, Suite 300, Long Beach, CA 90807.

On May 10, 2019, I served a copy(ies) of the following document(s):

**DECLARATION OF FRED FIGUEROA IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION OF DEFENDANT CORECIVIC, INC.**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| GEOFFREY C. LYON<br>LYON LAW PC<br>10960 Wilshire Blvd., Ste. 820<br>Los Angeles, CA 90024-3732<br>Tel: (310) 818-7700; Fax: (424) 832-7405<br>glyon@lyonlawyer.com | Attorneys for Plaintiff, ROBIN CLARK | First Class Mail |

☒ [BY MAIL] I placed the sealed envelope(s) for collection and mailing by following the ordinary business practice of Gleason & Favarote, LLP, Long Beach, California. I am readily familiar with Gleason & Favarote, LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY CM/ECF SYSTEM) I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on May 10, 2019, at Long Beach, California

_____
Thomas Steinhart