UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GLOVER,<br><br>                    Plaintiff,<br><br>     v.<br><br>CORECIVIC, INC. a Maryland Corporation, FRED FIGUEROA, an individual, and DOES 1 through 25, Inclusive,<br><br>                    Defendants. | Case No.:  3:19-cv-00888-WQH-BGS<br><br>**ORDER RE CORRECT NAME OF DEFENDANT** |

HAYES, Judge:

The parties, through their counsel of record, stipulate as follows:

1.     Counsel for Defendant has represented that the actual name of Plaintiff's employer was CCA of Tennessee, LLC prior to November 9, 2016 and on November 9, 2016 became "CoreCivic of Tennessee, LLC" when CCA of Tennessee, LLC changed its name to CoreCivic of Tennessee, LLC.  Counsel for Defendant has also represented that defendant CoreCivic, Inc. is a holding company and was not the employer.

2.     The parties therefore stipulate that the name of the defendant in this matter shall be changed from "CoreCivic, Inc." to "CoreCivic of Tennessee, LLC", and that the Answer filed on May 10, 2019 on behalf of CoreCivic, Inc. in the Superior Court for the State of California, San Diego, Case No. 37-2019-00012457-CU-WT-CTL, shall be

1

deemed to be  the Answer of CoreCivic of Tennessee, LLC.

DATED: December 3, 2019                    BRADDOCK LAW APC

_____
Daniel Turek, Esq.
Attorneys for Plaintiff Dennis Glover


Dated: December 3, 2019                    GLEASON & FAVAROTE, LLP
                                           PAUL M. GLEASON
                                           JING TONG


              /s/ Paul M. Gleason
_____
                        Paul M. Gleason
              Attorneys for Defendant CoreCivic, Inc.


**ORDER**

For good cause appearing, IT IS SO ORDERED.


 Dated:  December 9, 2019

_____
 Hon. William Q. Hayes
 United States District Court