# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GLOVER<br><br>Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC. a Maryland Corporation, FRED FIGUEROA, an individual, and DOES 1 through 25, Inclusive,<br><br>Defendants. | ) Case No. 3:19-cv-00888-WQH-BGS<br>)<br>)<br>)<br>) **ORDER GRANTING JOINT**<br>) **MOTION TO ALLOW PLAINTIFF**<br>) **TO TAKE FRCP 30(b)(6)**<br>) **DEPOSITION AFTER FACT**<br>) **DISCOVERY CUT-OFF**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties have filed a Joint Motion seeking approval to conduct the Rule 30(b)(6) deposition of Juanita Lucero on January 16, 2020. Fact discovery closes on January 6, 2020. The Joint Motion is **GRANTED**. The deposition may be conducted on January 16, 2020 after the close of fact discovery.

**IT IS SO ORDERED.**

DATED: DECEMBER 17, 2019

_____
Hon. Bernard G. Skomal
United States Magistrate Judge