PAUL M. GLEASON (SBN: 155569)
JING TONG (SBN: 285061)
GLEASON & FAVAROTE, LLP
4014 LONG BEACH BLVD., STE. 300
LONG BEACH, CA 90807
(213) 452-0510 Telephone
(213) 452-0514 Facsimile
pgleason@gleasonfavarote.com
jtong@gleasonfavarote.com

Attorneys for Defendant CoreCivic of Tennessee, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GLOVER | ) Case No. 3:19-cv-00888-WQH-BGS |
| Plaintiff, | ) |
| vs. | ) **RESPONSE OF DEFENDANT** |
| | ) **CORECIVIC OF TENNESSEE, LLC** |
| | ) **TO OSC RE DISMISSAL FOR LACK** |
| | ) **OF DIVERSITY JURISDICTION** |
| CORECIVIC OF TENNESSEE, LLC, | ) |
| FRED FIGUEROA, an individual, and | ) |
| DOES 1 through 25, Inclusive, | ) State Action Filed: March 7, 2019 |
| | ) Trial Date: None |
| Defendants. | ) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## I.   INTRODUCTION.

On December 11, 2019, the Court issued an order to show cause ("Order") concerning the citizenship of defendant CoreCivic of Tennessee, LLC, stating, in relevant part, that "Defendant CoreCivic of Tennessee, LLC has not alleged sufficient facts regarding the citizenship of its owners/members."  (Order, page 3, lines 14-15).  Also as discussed in the Order, the citizenship of CoreCivic of Tennessee, LLC became relevant on December 9, 2019, when the Court issued an Order granting a joint motion and stipulation submitted by the Parties to this matter that the defendant in this matter should be changed from CoreCivic, Inc. to CoreCivic of Tennessee, LLC.  (Order, page 2, lines 13-16).

As described below and in the accompanying declaration of Stephen Hargraves, none of the members of CoreCivic of Tennessee, LLC are citizens of the state of California.  As there is complete diversity between CoreCivic of Tennessee, LLC and plaintiff Dennis Glover, this Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1332.[1]

## II.   COMPLETE DIVERSITY EXISTS BETWEEN CORECIVIC OF TENNEESSEE, LLC AND PLAINTIFF.

CoreCivic of Tennessee, LLC is a limited liability company of the state of Tennessee.  (Declaration of Stephen Hargraves ("Hargraves Dec."), para. 2).[2]  A limited liability company "is a citizen of every state of which its owners/members are citizens."  Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899

---

[1] The amount in controversy requirement was established in the Notice of Removal filed in this action on May 10, 2019 (ECF 1) and the Court's December 11, 2019 Order did not request further evidence regarding this issue.  Further, although the complaint also names Fred Figueroa as a defendant, Figueroa has never been served and therefore is ignored for purposes of determining whether this matter was properly removeable based on diversity jurisdiction.  28 U.S.C. Section 1441(b)(2). Further, as set for the notice of removal (ECF 1) and accompanying declaration of Fred Figueroa (ECF 1-3), Figueroa is a citizen of the state of Arizona and therefore, even if served, Figueroa's presence in this action would not destroy diversity.

[2] The Declaration of Stephen Hargraves is filed concurrently with this response.

1.

(9th Cir. 2006). The sole member of CoreCivic of Tennessee, LLC is CoreCivic TRS, LLC, a limited liability company of Maryland with a principle place of business in Tennessee. (Hargraves Dec., para. 3). The sole member of CoreCivic TRS, LLC is CoreCivic, Inc., a Maryland corporation with a principle place of business in Tennessee. (Hargraves Dec., para. 4). Therefore, no member of CoreCivic of Tennessee, LLC is a citizen of the state of California.

Plaintiff Dennis Glover is a California citizen. (ECF 1, pages 2-3). Because no member of CoreCivic of Tennessee, LLC is a citizen of California, diversity of citizenship exists under 28 U.S.C. Section 1332(a).

## III.    CONCLUSION.

The Hargraves declaration establishes that no member of CoreCivic of Tennessee, LLC is a citizen of California. Accordingly, there is complete diversity between CoreCivic of Tennessee, LLC and plaintiff Dennis Glover, a California citizen, and this Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 1332(a). For these reasons, this matter should not be dismissed for lack of jurisdiction.

Dated: December 31, 2019

GLEASON & FAVAROTE, LLP
PAUL M. GLEASON
TOREY JOSEPH FAVAROTE
JING TONG


By:  /s/ Paul M. Gleason
              Paul M. Gleason

Attorneys for Defendant CoreCivic of Tennessee, LLC

**RESPONSE OF DEFENDANT CORECIVIC OF TENNESSEE, LLC TO OSC RE DISMISSAL FOR LACK OF DIVERSITY JURISDICTION**

**USDC CASE NO. 3:19-CV-00888-WQH-BGS**

## PROOF OF SERVICE

I, Paul M. Gleason, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California.  I am over the age of 18 years and not a party to the within action.  My business address is Gleason & Favarote, LLP, 4014 Long Beach Boulevard, Suite 300, Long Beach, CA 90807.

On December 31, 2019, I served a copy(ies) of the following document(s):

**RESPONSE OF DEFENDANT CORECIVIC OF TENNESSEE, LLC TO OSC RE DISMISSAL FOR LACK OF DIVERSITY JURISDICTION**

on the parties to this action as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Joshua C. Braddock<br>BRADDOCK LAW APC<br>110 West A Street, Suite 1075<br>San Diego, CA 92101<br>Tel: (619) 501-3619<br>Fax: (619) 923-3727 | Attorneys for Plaintiff, DENNIS GLOVER | CM/ECF |

☒   (BY CM/ECF SYSTEM)  I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on December 31, 2019, at Long Beach, California.

/s/ Paul M. Gleason
_____
Paul M. Gleason

1.
**PROOF OF SERVICE**
**USDC CASE NO. 3:19-CV-00888-WQH-BGS**