**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS GLOVER | ) Case No. 3:19-cv-00888-WQH-BGS |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING IN PART MOTION TO EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY** |
| CORECIVIC, INC. a Maryland Corporation, FRED FIGUEROA, an individual, and DOES 1 through 25, Inclusive, | ) [ECF 20] |
| Defendants. | ) |

The parties jointly seek to extend the deadline to complete expert discovery from May 1, 2020 to June 30, 2020 to allow the parties to take depositions of expert witnesses in person. (ECF 20.)  Because of restrictions in place as a result of the COVID-19 public health emergency, the parties indicate they will not be able to complete these depositions by the May 1, 2020 deadline. (*Id.*)

The Joint Motion is **GRANTED in part**.  The Court extends the time for the parties to complete expert depositions to **June 30, 2020**, however, because this is the

1.

only discovery identified in the Joint Motion, the extension is limited to these depositions. To the extent the parties need additional time to complete other expert discovery, they may file another joint motion identifying that discovery and providing any explanation why it cannot be completed by the current deadline.

**IT IS SO ORDERED.**

Dated:  April 27, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

2.