# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GLOVER<br><br>Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC. a Maryland Corporation, FRED FIGUEROA, an individual, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 3:19-cv-00888-WQH-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DEADLINES PENDING RULING ON DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION** |

Based upon the Joint Motion of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the deadlines referenced in paragraphs 13-17 of the Scheduling Order Regulating Discovery and other Pre-Trial Proceedings dated September 11, 2019 (ECF 12) are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:  September 3, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge