UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIE GLOVER,<br><br>                              Plaintiff,<br><br>v.<br><br>CORE CIVIC OF TENNESSE, LLC and FRED FIGUERO<br><br>                              Defendants. | Case No.:  19CV888 WQH (BGS)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**<br><br>[ECF 34] |

On September 18, 2020, the parties filed a Joint Notice of Settlement in which they indicate they have entered into a written settlement agreement and expect to file a joint motion to dismiss this case with prejudice within 45 days.  Accordingly, **IT IS HEREBY ORDERED**:

1.    A Joint Motion to Dismiss must be electronically filed on or before **November 2, 2020**.[1]  On the same day the Joint Motion to Dismiss is filed, the proposed order for dismissal, for the signature of the Honorable William

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

1

Q. Hayes, must be emailed to efile_hayes@casd.uscourts.gov and efile_skomal@casd.uscourts.gov.[2]

2.    If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **November 2, 2020**, then a Settlement Disposition Conference will be held on **November 6, 2020**, at **10:00 AM** before Judge Skomal.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3.    If a Joint Motion to Dismiss and proposed order for dismissal are received on or before **November 2, 2020**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated:  September 21, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

2